DELAWARE VALLEY TEACHERS' ASSOCIATION v. DELAWARE
VALLEY REGIONAL BOARD OF EDUCATION.

December 1, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS KYTH.

December 1, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CALVIN COLES.

December 1, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK MINOR BROWN.

December 1, 1980.

Petition for certification denied.